IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT ALLEY, | § | |
| | § | |
| Defendant Below, | § | No. 215, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. I.D. No. 2302011589 |
| | § | |
| Appellee. | § | |

Submitted: July 3, 2023
Decided: July 18, 2023

## **<u>ORDER</u>**

The appellant, Robert Alley, is a defendant in a criminal action in the Superior Court, in which he is represented by counsel. Alley, acting *pro se*, filed a document in this Court seeking review and reversal of a Superior Court Commissioner's June 5, 2023 decisions denying Alley's motion for reduction of bail, motion for transcript, and motion for discovery. The office of the Clerk of this Court deemed the document to be a notice of appeal and issued a notice directing Alley to show cause why the appeal should not be dismissed based on this Court's lack of jurisdiction to consider a criminal interlocutory appeal or an appeal taken directly from a Superior Court Commissioner's order. On June 22, 2023, the Court received the certified mail receipt indicating that the appellant had received the notice to show cause on June

20, 2023. The appellant has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:


*/s/ Abigail M. LeGrow*
Justice